# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:17-cv-00195-MR-DLH

| | |
|---|---|
| SHARRON SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| FORT BENNING, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On July 20, 2017, the Plaintiff filed her Complaint and an Application to proceed without having to prepay the costs associated with prosecuting the matter. [Docs. 1, 2]. On July 28, 2017, the Court denied the Plaintiff's Application to proceed *in forma pauperis* and gave the Plaintiff twenty (20) days to file an Amended Application. [Doc. 3]. The Plaintiff filed her Amended Application on October 26, 2017, well past the twenty-day deadline set by the Court. [Doc. 4]. On October 30, 2017, the Court denied Plaintiff's Amended Application and directed the Plaintiff to pay the filing fee within thirty (30) days. [Doc. 5]. In the Order, the Plaintiff was warned that

failure to pay the required filing fee within thirty (30) days would result in the dismissal of this action. [Id. at 2].

More than thirty (30) days have now passed since the entry of the Court's Order denying the Plaintiff's Amended Application, and the Plaintiff has failed to pay the filing fee as required.

Accordingly, **IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED.**

Signed: December 18, 2017

Martin Reidinger
United States District Judge